**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JANET WEBSTER, as Guardian ad Litem for CATHERINE H. DOYLE,<br><br>            Plaintiff,<br><br>      v.<br><br>KATHLEEN SEBELIUS, Secretary, Department of Health and Human Services,<br><br>            Defendant. | 1:09-cv-1569 OWW DLB<br><br>ORDER TO ALLOW ADMINISTRATIVE RECORD TO BE FILED UNDER SEAL |

The parties having stipulated to entry of an Order allowing the Medicare Administrative Record underlying this action to be filed under seal, and good cause appearing, it is hereby ORDERED as follows:

   1.   When defense counsel tenders the Administrative Record for filing under seal, the Clerk shall receive and file the Administrative Record UNDER SEAL.

   2.   Access to the sealed Administrative Record shall be restricted to the parties' counsel of record and the Court.

IT IS SO ORDERED.

Dated:   January 27, 2010                  /s/ Oliver W. Wanger
                                         UNITED STATES DISTRICT JUDGE

1