```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  YOSHINORI H. T. HIMEL #66194
    Assistant U. S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone:  (916) 554-2760

 5  Attorneys for Defendant
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| CATHERINE H. DOYLE, | 1:09-cv-01569-OWW-DLB |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER AMENDING SCHEDULING ORDER** |
| v. | |
| KATHLEEN SEBELIUS, Secretary, Dept. of Health and Human Services, | |
| Defendant. | |

The parties request that the Court amend the paragraph in the Scheduling Conference Order filed January 28, 2010, Document 14, at page 6, lines 18-20, to read, "6. A dispute exists on the amount of reimbursement owed to Medicare under 42 C.F.R. § 411.37."

Dated:  February 17, 2010         YARRA, KHARAZI & ASSOCIATES

                            By:    */s/ Nick Aniotzbehere*
                                   NICK ANIOTZBEHERE

Dated:  February 17, 2010         BENJAMIN B. WAGNER
                                   United States Attorney

                            By:    */s/ Y H T Himel*
                                   YOSHINORI H. T. HIMEL
                                   Assistant U. S. Attorney

STIPULATION AND ORDER AMENDING SCHEDULING ORDER                         Page 1

## ORDER

Upon the stipulation of the parties, it is hereby ORDERED that the paragraph in the Scheduling Conference Order filed January 28, 2010, Document 14, at page 6, lines 18-20, is AMENDED to read:

6. A dispute exists on the amount of reimbursement owed to Medicare under 42 C.F.R. § 411.37.

IT IS SO ORDERED.

**Dated:   February 17, 2010**          /s/ Oliver W. Wanger
                                        UNITED STATES DISTRICT JUDGE