BENJAMIN B. WAGNER
United States Attorney
YOSHINORI H. T. HIMEL #66194
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2760

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHERINE H. DOYLE,<br><br>        Plaintiff,<br><br>    v.<br><br>KATHLEEN SEBELIUS, Secretary, Dept. of Health and Human Services,<br><br>        Defendant. | 1:09-cv-01569-OWW-DLB<br><br>**STIPULATION AND ORDER FOR COMPROMISE SETTLEMENT** |

    The parties hereby settle this action on the following terms:

    1. Plaintiff must pay to defendant the sum of Twenty-Five Thousand Dollars ($25,000.00). If paid by a paper check, the settlement payment must be payable to the UNITED STATES OF AMERICA and supplied to the United States Attorney's Office. If paid by electronic funds transfer, the settlement payment will accord with arrangements to be made between counsel. In any event, the settlement payment must be received by the 14th day after the Court's approval of this stipulation.

    2. This settles all of plaintiff's claims of error in the administrative decision judicially reviewed in this action, namely, the Decision of the Medicare Appeals Council regarding Catherine Doyle, ALJ Appeal Number 1-348080291, HIC Number WA 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, dated August 6, 2009.

3. This settles all of defendant's claims under the Medicare Secondary Payer program for reimbursement, double damages and interest arising from the accident that occurred on October 14, 2006.

4. Except as provided in the next paragraph, the action hereby is DISMISSED WITH PREJUDICE, each side to bear its own costs, expenses and attorney's fees.

5. The Court shall retain jurisdiction should it become necessary to enforce this settlement.

Dated: August 24, 2010               YARRA, KHARAZI & ASSOCIATES

                                     By: /s/ Nick Aniotzbehere
                                          NICK ANIOTZBEHERE

Dated: August 17, 2010               BENJAMIN B. WAGNER
                                     United States Attorney

                                     By: /s/ Y Himel
                                          YOSHINORI H. T. HIMEL
                                     Assistant U. S. Attorney

Dated: August 26, 2010               JANET WEBSTER, as guardian *ad litem* for
                                     CATHERINE DOYLE

                                     By: /s/ Janet Webster
                                          JANET WEBSTER

## ORDER

IT IS SO ORDERED.

**Dated:   September 7, 2010**          /s/ Oliver W. Wanger
                                     UNITED STATES DISTRICT JUDGE